No. 1573, Misc. FRANK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Joseph I. Stone* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Michael R. Stack* for respondent.

No. 1672, Misc. WHITING *v.* CAVELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Frank P. Lawley, Jr.,* Deputy Attorney General of Pennsylvania, for respondent.

No. 1074, Misc. MATHIS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted and the judgment reversed. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 1194, Misc. WELLS *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Charles R. Garry, Aubrey Grossman* and *Leo A. Branton, Jr.,* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, *Gordon Ringer* and *Jack K. Weber* for respondent.

No. 1556, Misc. FORMAN ET AL. *v.* CITY OF MONTGOMERY. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William M. Kunstler, Arthur Kinoy, Martin M. Berger, John E. Thorne, Joseph Levin* and *Charles S. Conley* for petitioners. *Matthis W. Piel* and *Walter J. Knabe* for respondent.